**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ex rel. **KEVIN WILLIAMS** (#R26594), <br><br>    Petitioner, <br><br>    v. <br><br> **RANDY PFISTER**, Warden, Pontiac Correctional Center, <br><br>    Respondent. | Case No. 15 C 3183 |

## MEMORANDUM ORDER

Petitioner Kevin Williams ("Williams") has previously received an extension of time until May 22, 2015 to comply fully with this Court's April 17, 2015 memorandum order (the "Order," Dkt. No. 5), but Williams has neither met the May 22 deadline nor explained his failure to do so. Accordingly Williams is ordered to file a response with this Court on or before June 15, 2015 explaining (1) why he was unable to meet the May 22 deadline and (2) when he expects to comply with the Order fully. Any failure by Williams to do so may result in the dismissal of this action for want of prosecution.

_____
Milton I. Shadur
Senior United States District Judge

Date: June 3, 2015