# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel.<br>**KEVIN WILLIAMS** (#R26594),<br><br>           Petitioner,<br><br>      v.<br><br>**RANDY PFISTER**, Warden,<br>Pontiac Correctional Center,<br><br>           Respondent. | )<br>)<br>)<br>)<br>)<br>)   Case No. 15 C 3183<br>)<br>)<br>)<br>)<br>)<br>) |

## MEMORANDUM ORDER

On April 17 of this year this Court issued its initial memorandum order ("Order I") dealing with the 28 U.S.C. § 2254 Petition for Writ of Habeas Corpus ("Petition") that had been filed in this District Court by repeat litigator Kevin Williams after he had struck out in his numerous efforts to obtain state court relief from his conviction of first degree murder and related charges, pursuant to which he is serving an aggregate 65-year sentence. After dealing at some length with what Order I at 1 referred to "several problematic aspects revealed by Williams' Petition and by some of the underlying materials that this Court and its law clerk have been able to dredge up after a good deal of effort," Order I at 2 directed Williams "to provide this Court on or before May 8, 2015 with copies of every opinion and order from the Illinois Appellate Court and Supreme Court that he possesses in connection with his multiple post-conviction efforts."

Williams then filed a hand-printed "Motion for Extension of Time" to May 22, providing an entirely reasonable basis for his request, and this Court promptly granted that request. But

when Williams neither met his self-imposed May 22 deadline nor explained his failure to do so, this Court issued the attached self-explanatory June 3 memorandum order ("Order II").

Despite that shot across Williams' bow, June 15 has come and gone and nothing whatever has been forthcoming from him. As forecast in Order II, this action is indeed dismissed for want of prosecution. Finally, Dkt. 4 -- Williams' motion for attorney representation -- is denied as moot.

                                                      Milton I. Shadur
                                                     Senior United States District Judge

Date: June 17, 2015

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel. KEVIN WILLIAMS (#R26594), | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | Case No. 15 C 3183 |
| RANDY PFISTER, Warden, Pontiac Correctional Center, | ) ) ) ) | |
| Respondent. | ) | |

## MEMORANDUM ORDER

Petitioner Kevin Williams ("Williams") has previously received an extension of time until May 22, 2015 to comply fully with this Court's April 17, 2015 memorandum order (the "Order," Dkt. No. 5), but Williams has neither met the May 22 deadline nor explained his failure to do so. Accordingly Williams is ordered to file a response with this Court on or before June 15, 2015 explaining (1) why he was unable to meet the May 22 deadline and (2) when he expects to comply with the Order fully. Any failure by Williams to do so may result in the dismissal of this action for want of prosecution.

_____
Milton I. Shadur
Senior United States District Judge

Date: June 3, 2015

ATTACHMENT