# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. <br> KEVIN WILLIAMS (#R26594), <br><br> Petitioner, <br><br> v. <br><br> RANDY PFISTER, Warden, <br> Pontiac Correctional Center, <br><br> Respondent. | Case No. 15 C 3183 |

## MEMORANDUM ORDER

On June 17 this Court issued a brief memorandum order ("Order") that dismissed the 28 U.S.C. § 2254 Petition for Writ of Habeas Corpus ("Petition") that had been filed in this District Court by repeat litigator Kevin Williams ("Williams"). As the Order reflected, that action was taken on the ground that Williams had failed to comply with the extended timetable of an earlier April 17 order that had originally directed him "to provide this Court on or before May 8, 2015 with copies of every opinion and order from the Illinois Appellate Court and Supreme Court that he possesses in connection with his multiple post-conviction efforts." Thereafter Williams had requested an extension to May 22 because he needed more time to comply. This Court of course readily granted the extension, but Williams did not meet that deadline either.

Just after this Court's issuance of the Order this District Court received a "Response to Memorandum Order" that Williams had dated at 10:30 p.m. June 11 but was received on June 17, then a "Supplemental Response to Memorandum Order" that Williams had dated June 15 but was received on June 18. Williams stated in the Response that on or about May 14 he had given

documents to a correctional officer for mailing to the Clerk's Office (though he said nothing there about the actual contents of that asserted delivery), then he reiterated in the Supplemental Response (which did include some documents) that he did in fact comply with the April 17 order before the May 22 extension date. But the documents that Williams has submitted with that Supplemental Response do not include any of the documents that he was directed to furnish. Instead it says that on May 12 (1) he mailed those documents and (2) his mother-in-law paid the $5 filing fee for the Petitioner.

That assertion is belied by the docket, which shows just two items received by the Clerk's Office on May 11 and no other entries on or near that date or the asserted May 14 date (except for his earlier-mentioned motion for an extension to May 22):

1. a receipt for payment of the $5 filing fee on May 11 (not May 12) [Dkt. No. 9],

2. another copy of Williams' original Petition [Dkt. No. 8].[1]

Thus nothing in Williams' Response or Supplemental Response, when compared with what the docket reflects, supports a need to revisit the order of dismissal. Accordingly it remains in effect.

_____
Milton I. Shadur
Senior United States District Judge

Date: July 1, 2015

---

[1] As the attached page 1 of that document shows, it bears both the April 9 "Received" stamp -- the date when the original Petition came to the Clerk's Office -- and May 11 "Filed" stamp. That plainly confirms the fact of a May 11 refiling of the original Petition, not any part of the documentation called for by the Order.

ORIGINAL

RECEIVED
APR 0 9 2015
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

United States of America ex rel. )
)
KEVIN WILLIAMS #R26594 )
(Full name and prison number) )
(Include name under which convicted) )
) 15c 3183
PETITIONER ) Judge Milton I. Shadur
) Magistrate Judge Sidney I. Schenkier
) PC6
vs. )
RANDY PFISTER-WARDEN )
PONTIAC CORRECTIONAL CENTER )
(Warden, Superintendent, or authorized )
person having custody of petitioner) )
)
RESPONDENT, and )
)
(Fill in the following blank only if judgment )
attacked imposes a sentence to commence )
in the future) )
)
ATTORNEY GENERAL OF THE STATE OF ) Case Number of State Court Conviction:
)
_____ ) 01-CR-1019
(State where judgment entered) )

FILED
5/11/2015
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

PETITION FOR WRIT OF HABEAS CORPUS – PERSON IN STATE CUSTODY

1. Name and location of court where conviction entered: Circuit Court of Cook County, Illinois

2. Date of judgment of conviction: November 26, 2003

3. Offense(s) of which petitioner was convicted (list all counts with indictment numbers, if known)
   First Degree Murder, Count 1: 720-5/9-1(A)(1); Conceal Homicidal Death, Count 5; 720-5/9-3.1(A)

4. Sentence(s) imposed: 60 Years Imprisonment; 5 Years Imprisonment Consecutive

5. What was your plea? (Check one)   (A) Not guilty   (✓)
                                      (B) Guilty      ( )
                                      (C) Nolo contendere ( )

   If you pleaded guilty to one count or indictment and not guilty to another count or indictment, give details:
   _____

Revised: 7/20/05

ATTACHMENT