**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** ex rel. **KEVIN WILLIAMS** (#R26594), | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | Case No. 15 C 3183 |
| **RANDY PFISTER**, Warden, Pontiac Correctional Center, | ) ) ) ) | |
| Respondent. | ) | |

## MEMORANDUM ORDER

This Court's most recent writing in connection with the attempted invocation of 28 U.S.C. § 2244[1] by state court prisoner Kevin Williams ("Williams") -- its July 14, 2015 memorandum opinion and order ("Opinion"), issued with two earlier opinions attached -- identified "a glitch in handling by the Clerk's Office that had cast a false light on the matter." As that July 14 Opinion began:

> This attempted 28 U.S.C. § 2254 Petition for Writ of Habeas Corpus ("Petition") that had been filed pro se in this District Court by repeat litigator Kevin Williams ("Williams") has been snake-bitten from the very outset.

Now Williams has come forward with a supplement to his previously filed motion for the appointment of counsel to represent him pro bono publico in this habeas action. This Court will indeed keep in mind Williams' efforts to obtain legal representation on his own when it comes to

---

[1] All further references to Title 28's provisions will simply take the form "Section --," omitting the prefatory "28 U.S.C. §."

consider the supplement -- but as the Opinion explained, the requested input from the Attorney General's Office in its answer to Williams' Petition, which must be submitted on or before September 14, 2015, is needed to provide this Court with a figurative full deck so that the question of his representation by counsel can then be addressed.

_____
Milton I. Shadur
Senior United States District Judge

Date: August 3, 2015