# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel.<br>KEVIN WILLIAMS (#R26594),<br><br>                 Petitioner,<br><br>    v.<br><br>RANDY PFISTER, Warden,<br>Pontiac Correctional Center,<br><br>                 Respondent. | Case No. 15 C 3183 |

## MEMORANDUM ORDER

Most recently this Court issued a two-page September 29, 2015 memorandum order that reconfirmed once again that the 28 U.S.C. § 2254[1] Petition by Kevin Williams ("Williams") to obtain federal habeas relief was time-barred under Section 2244(d). That memorandum order concluded with this paragraph:

> Accordingly Williams' most recent submission -- his "Supplement to Motion" -- is rejected as well. And this Court adds the long-past-due statement that no further filings from Williams will be accepted in this case.

Unfortunately the indefatigable Williams had apparently already transmitted a self-prepared Motion for Relief from Judgment that he signed on September 28 and that was not received by the Clerk's Office here until October 2. That filing continues to display Williams' unwillingness to understand and accept this Court's rulings. Accordingly that most recent

---

[1] All further references to Title 28's provisions will simply take the form "Section --," omitting the prefatory "28 U.S.C. §."

motion is denied and, as stated in the language quoted above from the September 29 memorandum order, "no further filings from Williams will be accepted in this case."

                                                  _____
                                                  Milton I. Shadur
                                                  Senior United States District Judge

Date: October 7, 2015